# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAIME HERNANDEZ, Individually and for Others Similarly Situated,<br><br>v.<br><br>CRSC, LLC. | Case No. 2:21-cv-00632<br><br>Jury Trial Demanded<br><br>COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b) AND CLASS ACTION |

## NOTICE OF FILING NOTICES OF CONSENT

Plaintiff hereby submits the attached notices of consent:

1. Juarbe-Jirau, Samuel

Respectfully submitted,

By: Michael A. Josephson
    Texas Bar No. 24014780
    Andrew W. Dunlap
    Texas Bar No. 24078444
    **JOSEPHSON DUNLAP**
    11 Greenway Plaza, Suite 3050
    Houston, Texas 77005
    713-352-1100 – Telephone
    713-352-3300 – Facsimile
    mjosephson@mybackwages.com
    adunlap@mybackwages.com

    **AND**

    Richard J. (Rex) Burch
    Texas Bar No. 24001807
    Federal ID No. 21615
    **BRUCKNER BURCH PLLC**
    11 Greenway Plaza, Suite 3025
    Houston, Texas 77046
    713-877-8788 – Telephone
    710-877-8065 – Facsimile
    rburch@brucknerburch.com

    AND

    Philip Bohrer (#14089)
    phil@bohrerbrady.com
    Scott E. Brady (#24976)
    scott@bohrerbrady.com
    **BOHRER BRADY, LLC**
    8712 Jefferson Highway, Suite B
    Baton Rouge, Louisiana 70809
    225-925-5297 – Telephone
    225-231-7000 – Facsimile

    **ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

 I served a copy of this document on all counsel of record via the Court's ECF system on September 7, 2022.

              */s/ Michael A. Josephson*
              **Michael A. Josephson**

**CONSENTIMIENTO PARA UNIRSE A LA DEMANDA**

Nombre en mayuscula: __Samuel Jirau Juarbe__

1. Por la presente doy mi consentimiento para participar en la demanda colectiva contra __Citadel Recovery Services__ para perseguir mis reclamos de sobre tiempo durante el tiempo que trabajé con la empresa.

2. Entiendo que esta demanda se trae bajo el Fair Labor Standards Act, y consiento estar de acuerdo con la decisión del Tribunal.

3. Designo al despacho de abogados DUNLAP JOSEPHSON como mis abogados para perseguir mis reclamos de sobretiempo.

4. Autorizo al despacho de abogados DUNLAP JOSEPHSON utilizar este consentimiento para presentar mi reclamo por demanda independiente, acción de clase/colectiva o arbitral contra la empresa.

Firma: __Samuel Jirau Juarbe (Sep 6, 2022 18:25 EDT)__      Fecha: __Sep 6, 2022__

EXHIBIT 1